Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Richard STOVALL |
| **Docket Number:** | 2:02CR00234-01 |
| **Offender Address:** | Chico, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/08/2002 |
| **Original Offense:** | 18 USC 2252(a)(4)(B) - Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct (CLASS D FELONY); 18 USC 2253 - Forfeiture |
| **Original Sentence:** | 60 months Bureau of Prisons; 36 months term of supervised release; $100 special assessment; $2,500 fine. |
| **Special Conditions:** | Warrantless search and seizure; Not dissipate assets; Financial disclosure; Not incur new credit; Participate in drug and alcohol treatment program; Participate in drug and alcohol testing; Participate in mental health treatment; Aftercare co-payment; Not possess any device offering internet access; Not possess any devices whose primary purpose is data security or encryption; Exams of computer equipment; Refrain from accessing via computer any child pornography; Provide business/personal phone records upon request; Not possess or use computer with internal/external modem; Consent to third party disclosure to any employer concerning computer-related restrictions; Participate in sex offender treatment; Not have any sexually explicit material of any kind or frequent places where primary purpose involves sexually explicit material; Register as sex offender; No contact with persons under age of 18 |

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:   Richard STOVALL**
**Docket Number:  2:02CR00234-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
<u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

<table>
<tr><td></td><td>without approval of probation officer and not loiter within 100 feet of places primarily used by children; Cooperate with DNA collection.</td><td></td></tr>
<tr><td>**Type of Supervision:**</td><td>Supervised Release</td><td></td></tr>
<tr><td>**Supervision Commenced:**</td><td>01/23/2007</td><td></td></tr>
<tr><td>**Assistant U.S. Attorney:**</td><td>Laura L. Ferris</td><td>**Telephone:** (916) 554-2700</td></tr>
<tr><td>**Defense Attorney:**</td><td>Jeffrey B. Setness</td><td>**Telephone:** (209) 477-3833</td></tr>
<tr><td>**Other Court Action:**</td><td>None</td><td></td></tr>
</table>

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9.    The defendant shall not possess any device offering Internet access except his home computer, as directed by the United States Probation Officer.

14.    The defendant shall not possess or use a computer that contains an internal modem and/or possess an external modem except for his home computer, as directed by the United State Probation Officer.

**Justification:**   When Mr. Stovall released from federal custody, he released to Stockton, California, where he was residing with his parents.  He recently relocated to Chico, California, where he intends on re-enrolling in Chico State University with the ultimate goal of obtaining his degree in mechatronics engineering (robotics).  I have spoken to the registrar at the University and she indicated that students really do need to have on-line capabilities both for registering, adding/dropping classes, receiving and turning in assignments from/to professors.  If one does not have internet capability, it would be very difficult to attend the University.  The releasee also indicates that a family friend in the

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   Richard STOVALL
      Docket Number:  2:02CR00234-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Stockton area is willing to give him part-time employment via e-mails.  If approved, Mr. Stovall would receive assignments and e-mail back draft diagrams.

I believe internet access in this particular case is an acceptable request.  We need to keep Mr. Stovall focused on healthy activities such as working part-time and attending college. This area of study should allow him employment in a field appropriate for a registered sex offender.  If Mr. Stovall can learn to use the computer for healthy and appropriate activities, he will be more prepared for his release from supervised release into a world filled with the internet and computers.  I am not recommending internet access on his cell phone or on any other device but for his home computer.  Monitoring software will be placed on his computer.

Mr. Stovall is in agreement with this modification and has signed a Prob 49 Form - Waiver of Hearing to Modify Conditions of Supervised Release and it is filed in the probation office should the court wish to review it.


Respectfully submitted,


/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**
Telephone:  (916) 930-4318


DATED:      May 7, 2007
            Sacramento, California
            LLK/cp


REVIEWED BY:      /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE: **Richard STOVALL**
   **Docket Number: 2:02CR00234-01**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

Dated:  May 8, 2007

GARLAND E. BURRELL, JR.
United States District Judge

cc:   United States Probation
       Laura L. Ferris, Assistant United States Attorney
       Jeffrey B Setness, Assistant Federal Defender
       Defendant
       Court File